UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL DEREK JACKSON, | ) | 1:07-cv-01334 AWI WMW (HC) |
|                Petitioner, | ) | |
|    v. | ) | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| JAMES E. TILTON, | ) | [Doc. #24] |
|                Respondent. | ) | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 20, 2009 this Court entered an order dismissing the petition. On February 12, 2009, Petitioner filed a motion for Extension of Time to Properly Research Procedures and Prepare both an application for certificate of appealability and a Notice of Appeal.

      Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, a party must file a Notice of Appeal within thirty (30) days after the judgment or order appealed form is entered. Fed.R.App.P. 4(a). The district court may extend the time for filing a notice of appeal if a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; *and* regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party

1  shows excusable neglect or good cause.  Fed.R.App.P 4(a)(5)(i), (ii).  Petitioner filed his motion for
2  an extension of time within thirty days of the date that the judgement was entered; therefore, good
3  cause having been presented to the Court and GOOD CAUSE APPEARING, Petitioner is
4  GRANTED thirty (30) days from the date of service of this order in which to file a notice of appeal.

8  IT IS SO ORDERED.
9  **Dated:     February 17, 2009**            /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE